Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−22595−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marvis R DeLee
   243 Woodlawn Avenue
   Hamilton, NJ 08609

Social Security No.:
   xxx−xx−5908

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 9, 2016.

On February 4, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:              March 8, 2017
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 7, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-22595-KCF
Marvis R DeLee                                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Feb 07, 2017
                              Form ID: 185             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
```
db             +Marvis R DeLee,   243 Woodlawn Avenue,   Hamilton, NJ 08609-1703
cr             +Deutsche Bank National Trust Company, as Trustee f,    Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
515605813      +ASC,   PO Box 1820,   Newark, NJ 07101-1820
515605812      +Anthony Apicelli, Esq.,    Re: Cadet Motors; DC 2189-06,    2121 Rt. 33,
                 Trenton, NJ 08690-1740
515605814     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
515605829     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274)
515605818      +Comenity Capital (Ashley Stewart),    PO Box 182120,   Columbus, OH 43218-2120
515605819      +Convergent,   Re: T Mobile,   800 SW 39th St,    PO Box 9004,   Renton, WA 98057-9004
515605820     #+Debt Recovery Solutions,    900 Merchants Concourse,    Re: Verizon,   Westbury, NY 11590-5121
515730269     #+Debt Recovery Solutions LLC,    900 Merchant Concourse,    Suite LL-11,   Westbury, NY 11590-5121
515816961      +Deutsche Bank National Trust Company, as Trustee f,    c/o Americas Servicing Company,
                 Attention: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
515605821      +Fein Such Kahn & Sheppard,    Re: CACH of NJ; DC 8035-09,    7 Century Drive,   Suite 201,
                 Parsippany, NJ 07054-4609
515605823      +Flagship Credit Acceptance,    PO BOX 975658,   Dallas, TX 75397-5658
515605824      +Lenox Law Office,   Re: American Trading; DC 2663-99,    101 Grovers Mill Road,   Suite 303,
                 Lawrenceville, NJ 08648-4706
515605825      +Pluese, Becker & Saltzman,    Re: ASC,   20000 Horizon Way,   Mount Laurel, NJ 08054-4318
515777569      +Porania LLC,   P. O. Box 11405,    Memphis, TN 38111-0405
515605827      +Pressler & Pressler,    Re: Midland Funding; DC 1847-11,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515605826      +Pressler & Pressler,    Re: New Century; DC 969-12,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515605828     #+Reliable Collection Agency,    PO Box 7257,   Re: Takeeta Jennings,    Paterson, NJ 07509-7257
516450766      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
515605830      +Verizon NJ,   500 Technology Drive,    Weldon Spring, MO 63304-2225
515605831      +Wells Fargo,   PO Box 11701,    Newark, NJ 07101-4701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515605811      +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2017 22:39:43     Ally Financial,
                 P. O. Box 380901,   Bloomington, MN 55438-0901
515723466       E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2017 22:39:43     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
515627543       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2017 22:43:05
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
515605816      +E-mail/Text: banko@berkscredit.com Feb 07 2017 22:40:12     Berks Credit & Collection,
                 Re: medical,   900 CORPORATE DR,    Reading, PA 19605-3340
515605815      +E-mail/Text: banko@berkscredit.com Feb 07 2017 22:40:12     Berks Credit & Collection,
                 Re: medical,   PO Box 329,   Temple, PA 19560-0329
515605817      +E-mail/Text: ebn@squaretwofinancial.com Feb 07 2017 22:41:11     CACH LLC,   Re: Metris,
                 4340 S Monaco St,   fl 2,   Denver, CO 80237-3485
515699256      +E-mail/Text: bankruptcy@flagshipcredit.com Feb 07 2017 22:40:54
                 FC Funding LLC c/o Flagship Credit Acceptance, LLC,    3 Christy Drive,
                 Chadds Ford, PA 19317-9670
515605822      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 07 2017 22:41:25     Fingerhut (Web Bank),
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
515725824       E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2017 22:40:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 11
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 07, 2017
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Jennifer R. Gorchow    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMCI, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMCI nj.bkecf@fedphe.com
      John   Zimnis   on behalf of Debtor Marvis R DeLee njbankruptcylaw@aol.com.

                                                                                        TOTAL: 4