Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: Marvis Delee                                CASE NO.:   __15-22595__

                                                    JUDGE:   _____

              (Debtor)                              CHAPTER:             13

## CHAPTER 13 PLAN AND MOTIONS

_ _   Original              _X_   Modified/ Notice Required       _X_   Discharge Sought

____  Motion Included       ____  Modified/No Notice              ____ No Discharge Sought

                                  Required

Date:   _____

THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13
OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

PART 1.    **PAYMENT AND LENGTH OF PLAN**

a. The Debtor has paid $5336.47 and then shall pay $300.00 per month for 18 months to the Chapter 13 Trustee for approximately 36 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:

____   Future Earnings

____   Other sources of funding (describe source, amount and date when funds are available) _____

  c. __X__ Use of real property to satisfy plan obligations:

    _____ Sale following assets _____ on or before _____

    _____ Refinance following assets _____ on or before ___

    __X__ Loan Modification with respect to mortgage encumbering the following property Woodlawn Ave_ on or before August 31, 2017

  d. ____ The regular monthly mortgage payments will continue pending the sale, refinance or loan modification

  e. ____ Other information that may be important relating to the payment and length of the plan.

PART 2. **ADEQUATE PROTECTION**

 a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

 b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor outside, pre-confirmation to _____ (creditor).

Part 3. **PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| The Law Office of Peter E. Zimnis, Esquire | Administrative | $per ct order |
| Albert Russo, Trustee | Administrative | $ |

PART 4. **SECURED CLAIMS**

 a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

| ASC / WF<br><br>Flagstaff /Credit Acceptance | House<br><br>Car | $44801.19<br><br>Current | | $44801.19<br><br>Current | Debtor to maintain post petition payments on all secured debts listed in this subsection |
|---|---|---|---|---|---|

    b. **Modification**

    1.)    The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral" plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

    NOTE:  A modification under this section ALSO REQUIRE the appropriate motion to be filed under Section 7 of the Plan

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

    c.  **Surrender**

    Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

    d.  **Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan: _____

_____

    e.    Secured Claims to be paid in full through the plan:

| Creditor | Collateral | Total Amount to be paid through the plan | |
|---|---|---|---|
| | | | |

|  |  |  |  |
|--|--|--|--|

Part 5. **UNSECURED CLAIMS**

    a. **Not separately classified**   Allowed non-priority unsecured claims shall be paid:

        ____ Not less than $_____ to be distributed *pro rata*

        ____ Not less than ____ percent

        X___ Pro rata distribution from any remaining funds

    b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

PART 6.    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

All executory contracts and unexpired leases are rejected, **except** the following, which are **assumed**:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

PART 7.    **MOTIONS**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with a Chapter 13 Plan Transmittal Letter, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A Proof of Service must be filed with the Clerk of Court when the Plan and Transmittal Letter are served**

**Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation.  The proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a).  The creditor shall file a proof of service prior to the scheduled confirmation hearing.  In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion.  Failure to appear to prosecute the objection may result in the motion being granted and the plan confirmed pursuant to the terms as set forth in the plan.**

    a.    **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

b. **Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

PART 8.    **OTHER PLAN PROVISIONS**

   a. **Vesting of Property of the Estate**

      __X__ Upon Confirmation

      ____ Upon Discharge

   b. **Payment Notices**
Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

      1) Trustee Commissions/Debtor's counsel

      2) DSO (if applicable)

      3) Secured Claims

      4) Priority claims

      5) General Unsecured claims

   d. **Post-petition claims**

The Trustee ____ is    __X__ is not authorized to pay post-petition claims filed pursuant to 11

U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### PART 9.    **MODIFICATION**

If this plan modifies a plan previously filed in this case, complete the information below.

Date of plan being modified: _____

Explain below why the plan is being modified  <u>Additional time is requested for the loan modification.   Paperwork is under review with Underwriters.</u>_____

Explain below how the plan is being modified  <u>   See part 1c</u>_____

_____

Are schedules I and J being filed simultaneously with this plan?  ____ yes        <u>X</u>  no

### PART 10    **SIGN HERE**

The Law Office of Peter E. Zimnis

Date _____        ___<u>/s/ John A. Zimnis</u>_____
                                 Attorney for the Debtor

I hereby certify under penalty of perjury that the foregoing is true and correct.

Date _____        ___<u>/s/ Marvis Delee</u>  __
                                 Debtor

Date _____        __<u>/s/</u>_____ __
                                 Joint Debtor (if any)

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                       Case No. 15-22595-KCF
Marvis R DeLee                                                               Chapter 13
          Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Feb 07, 2017
                               Form ID: pdf901              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db             +Marvis R DeLee,    243 Woodlawn Avenue,    Hamilton, NJ 08609-1703
cr             +Deutsche Bank National Trust Company, as Trustee f,    Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
515605813      +ASC,   PO Box 1820,    Newark, NJ 07101-1820
515605812      +Anthony Apicelli, Esq.,    Re: Cadet Motors; DC 2189-06,    2121 Rt. 33,
                 Trenton, NJ 08690-1740
515605814     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
515605829     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274)
515605818      +Comenity Capital (Ashley Stewart),    PO Box 182120,    Columbus, OH 43218-2120
515605819      +Convergent,    Re: T Mobile,    800 SW 39th St,    PO Box 9004,    Renton, WA 98057-9004
515605820     #+Debt Recovery Solutions,    900 Merchants Concourse,    Re: Verizon,    Westbury, NY 11590-5121
515730269     #+Debt Recovery Solutions LLC,    900 Merchant Concourse,    Suite LL-11,    Westbury, NY 11590-5121
515816961      +Deutsche Bank National Trust Company, as Trustee f,    c/o Americas Servicing Company,
                 Attention: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
515605821      +Fein Such Kahn & Sheppard,    Re: CACH of NJ; DC 8035-09,    7 Century Drive,    Suite 201,
                 Parsippany, NJ 07054-4609
515605823      +Flagship Credit Acceptance,    PO BOX 975658,    Dallas, TX 75397-5658
515605824      +Lenox Law Office,    Re: American Trading; DC 2663-99,    101 Grovers Mill Road,    Suite 303,
                 Lawrenceville, NJ 08648-4706
515605825      +Pluese, Becker & Saltzman,    Re: ASC,    20000 Horizon Way,    Mount Laurel, NJ 08054-4318
515777569      +Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
515605827      +Pressler & Pressler,    Re: Midland Funding; DC 1847-11,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515605826      +Pressler & Pressler,    Re: New Century; DC 969-12,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515605828     #+Reliable Collection Agency,    PO Box 7257,    Re: Takeeta Jennings,    Paterson, NJ 07509-7257
516450766      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
515605830      +Verizon NJ,    500 Technology Drive,    Weldon Spring, MO 63304-2225
515605831      +Wells Fargo,    PO Box 11701,    Newark, NJ 07101-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515605811      +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2017 22:39:43     Ally Financial,
                 P. O. Box 380901,   Bloomington, MN 55438-0901
515723466       E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2017 22:39:43     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
515627543       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2017 22:42:49
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK 73124-8848
515605816      +E-mail/Text: banko@berkscredit.com Feb 07 2017 22:40:12     Berks Credit & Collection,
                 Re: medical,   900 CORPORATE DR,   Reading, PA 19605-3340
515605815      +E-mail/Text: banko@berkscredit.com Feb 07 2017 22:40:12     Berks Credit & Collection,
                 Re: medical,   PO Box 329,   Temple, PA 19560-0329
515605817      +E-mail/Text: ebn@squaretwofinancial.com Feb 07 2017 22:41:11     CACH LLC,   Re: Metris,
                 4340 S Monaco St,   fl 2,   Denver, CO 80237-3485
515699256      +E-mail/Text: bankruptcy@flagshipcredit.com Feb 07 2017 22:40:54
                 FC Funding LLC c/o Flagship Credit Acceptance, LLC,   3 Christy Drive,
                 Chadds Ford, PA 19317-9670
515605822      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 07 2017 22:41:25     Fingerhut (Web Bank),
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
515725824      +E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2017 22:40:31
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Feb 07, 2017
                              Form ID: pdf901         Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2017 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMCI, MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-WMCI nj.bkecf@fedphe.com
              John   Zimnis    on behalf of Debtor Marvis R DeLee njbankruptcylaw@aol.com.
                                                                                       TOTAL: 4
```