Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 15−22595−KCF
                                Chapter: 13
                                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marvis R DeLee
   243 Woodlawn Avenue
   Hamilton, NJ 08609

Social Security No.:
   xxx−xx−5908

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2018
JAN: bwj

                                                          Jeanne Naughton
                                                          Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 15-22595-KCF
Marvis R DeLee                                            Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 11, 2018
                              Form ID: 148             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db             +Marvis R DeLee,    243 Woodlawn Avenue,    Hamilton, NJ 08609-1703
cr             +Deutsche Bank National Trust Company, as Trustee f,    Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
515605813      +ASC,   PO Box 1820,    Newark, NJ 07101-1820
515605812      +Anthony Apicelli, Esq.,    Re: Cadet Motors; DC 2189-06,    2121 Rt. 33,
                 Trenton, NJ 08690-1740
515605820      +Debt Recovery Solutions,    900 Merchants Concourse,    Re: Verizon,    Westbury, NY 11590-5142
515605821      +Fein Such Kahn & Sheppard,    Re: CACH of NJ; DC 8035-09,    7 Century Drive,    Suite 201,
                 Parsippany, NJ 07054-4609
515605823      +Flagship Credit Acceptance,    PO BOX 975658,    Dallas, TX 75397-5658
515605824      +Lenox Law Office,    Re: American Trading; DC 2663-99,    101 Grovers Mill Road,    Suite 303,
                 Lawrenceville, NJ 08648-4706
515605825      +Pluese, Becker & Saltzman,    Re: ASC,    20000 Horizon Way,    Mount Laurel, NJ 08054-4318
515777569      +Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
515605827      +Pressler & Pressler,    Re: Midland Funding; DC 1847-11,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515605826      +Pressler & Pressler,    Re: New Century; DC 969-12,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516450766      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515605811      +EDI: GMACFS.COM Jan 11 2018 22:53:00      Ally Financial,    P. O. Box 380901,
                 Bloomington, MN 55438-0901
515723466       EDI: GMACFS.COM Jan 11 2018 22:53:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515627543       EDI: AIS.COM Jan 11 2018 22:53:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
515605814       EDI: BANKAMER.COM Jan 11 2018 22:53:00      Bank of America,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
515605816      +E-mail/Text: banko@berkscredit.com Jan 11 2018 23:18:41      Berks Credit & Collection,
                 Re: medical,    900 CORPORATE DR,    Reading, PA 19605-3340
515605815      +E-mail/Text: banko@berkscredit.com Jan 11 2018 23:18:41      Berks Credit & Collection,
                 Re: medical,    PO Box 329,    Temple, PA 19560-0329
515605817      +EDI: RESURGENT.COM Jan 11 2018 22:53:00      CACH LLC,    Re: Metris,    4340 S Monaco St,   fl 2,
                 Denver, CO 80237-3485
515605818      +EDI: WFNNB.COM Jan 11 2018 22:53:00      Comenity Capital (Ashley Stewart),    PO Box 182120,
                 Columbus, OH 43218-2120
515605819      +EDI: CONVERGENT.COM Jan 11 2018 22:53:00      Convergent,    Re: T Mobile,    800 SW 39th St,
                 PO Box 9004,   Renton, WA 98057-9004
515816961      +EDI: WFFC.COM Jan 11 2018 22:53:00      Deutsche Bank National Trust Company, as Trustee f,
                 c/o Americas Servicing Company,    Attention: Bankruptcy Department,    MAC# D3347-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515699256      +E-mail/Text: bankruptcy@flagshipcredit.com Jan 11 2018 23:19:20
                 FC Funding LLC c/o Flagship Credit Acceptance, LLC,    3 Christy Drive,
                 Chadds Ford, PA 19317-9670
515605822      +EDI: BLUESTEM Jan 11 2018 22:53:00      Fingerhut (Web Bank),    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
515725824       EDI: Q3G.COM Jan 11 2018 22:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
515605829       EDI: AISTMBL.COM Jan 11 2018 22:53:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
515605830      +EDI: VERIZONEAST.COM Jan 11 2018 22:53:00      Verizon NJ,    500 Technology Drive,
                 Weldon Spring, MO 63304-2225
515605831      +EDI: WFFC.COM Jan 11 2018 22:53:00      Wells Fargo,    PO Box 11701,    Newark, NJ 07101-4701
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515730269     ##+Debt Recovery Solutions LLC,    900 Merchant Concourse,    Suite LL-11,    Westbury, NY 11590-5121
515605828     ##+Reliable Collection Agency,    PO Box 7257,    Re: Takeeta Jennings,    Paterson, NJ 07509-7257
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jan 11, 2018
                              Form ID: 148              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Mortgage Pass-Through Certificates, Series 2006-WMC1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMCI, MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-WMCI nj.bkecf@fedphe.com
              John    Zimnis    on behalf of Debtor Marvis R DeLee njbankruptcylaw@aol.com.
                                                                                            TOTAL: 5